Robert Jerry SMITH, Jr.,
Plaintiff–Appellant,

v.

Doug CATOE, Former Director; Rickie
Harrison, Warden; Robin Chavis, As-
sociate Warden; Stanley Burtt, Asso-
ciate Warden; Jimmy Sligh; Nurse
Loyd; Solomon Sanyo, Officer; Offi-
cer Wazlt; Officer Adamson; Amos,
Investigator; Robinson, Investigator;
Mike Williams, Maintenance Supervi-
sor; Mike Murphy, Maintenance Su-
pervisor; Lieutenant Davis; Christo-
pher Robinson, Former Maintenance

Supervisor; D. Cook, Head Nurse; Nurse Stein; Tracy Taylor, former Clinical Council; M.S. Taylor, Officer; B. Robinson, Officer; Debra Wise; Michael J. Beinor, Md; John D. Volmer, Administrator of South Carolina Board Medical Exam; Officer Mandiez, a/k/a Jones, Officer; Nurse Shumpert, Nurse Practitioner; Nurse Gardner; Officer Shropshire; Jordan; Jennign; Perry, former IGP; Wayne Page, Maintenance Supervisor, Defendants–Appellees.

No. 04–6821.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2004.

Decided: Sept. 21, 2004.

Robert Jerry Smith, Jr., Appellant pro se.

James E. Parham, Jr., Irmo, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Jerry Smith, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Catoe,* No. CA–02–1046–4–26–BH (D.S.C. Apr. 5, 2004). Because a certificate of appealability is not required to appeal from the district court's order denying relief in a § 1983 action, we deny Smith's motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*